EXHIBIT "1"
TO THE PLAINTIFF'S COMPLAINT

SUMMARY OF DEFENDANTS' IP ADDRESS DATA

**Plaintiff:** ME2 Productions, Inc.
**Film Title:** Mechanic: Resurrection
**File Name:** Mechanic Resurrection (2016) 720p BrRip x264 - VPPV
**File Hash:** SHA1: B4A81D27B29589DD704A84498780ED183F12EB69

| No | IP | Hit Date UTC | ISP | County |
|---|---|---|---|---|
| 1 | 71.89.236.164 | 2017-01-15 12:13:17 | Charter Communications | Carson City |
| 2 | 71.94.2.165 | 2017-01-16 23:17:01 | Charter Communications | Washoe County |
| 3 | 66.215.128.95 | 2017-01-19 06:45:44 | Charter Communications | Washoe County |
| 4 | 71.89.228.109 | 2017-01-23 01:42:25 | Charter Communications | Carson City |
| 5 | 71.83.96.73 | 2017-01-25 19:19:19 | Charter Communications | Carson City |
| 6 | 70.187.116.245 | 2017-01-28 04:21:14 | Cox Communications | Clark County |
| 7 | 104.143.15.212 | 2017-01-28 17:08:17 | Versaweb, LLC | Clark County |
| 8 | 104.238.215.74 | 2017-01-28 17:26:21 | Versaweb, LLC | Clark County |
| 9 | 104.238.192.146 | 2017-01-29 23:07:50 | Versaweb, LLC | Clark County |
| 10 | 24.234.77.120 | 2017-02-02 01:09:50 | Cox Communications | Clark County |
| 11 | 70.180.203.64 | 2017-02-04 04:58:59 | Cox Communications | Clark County |
| 12 | 72.193.132.188 | 2017-02-05 02:07:31 | Cox Communications | Clark County |
| 13 | 24.182.62.158 | 2017-02-06 21:37:16 | Charter Communications | Washoe County |
| 14 | 68.104.72.185 | 2017-02-12 09:40:19 | Cox Communications | Clark County |
| 15 | 71.94.201.238 | 2017-02-13 04:42:57 | Charter Communications | Washoe County |
| 16 | 70.170.4.238 | 2017-02-18 00:32:14 | Cox Communications | Clark County |
| 17 | 104.238.195.66 | 2017-02-25 19:48:27 | Versaweb, LLC | Clark County |
| 18 | 75.141.236.74 | 2017-02-25 20:12:36 | Charter Communications | Washoe County |