1 CHARLES C. RAINEY, ESQ.
  Nevada Bar No. 10723
2 *crainey@hamricklaw.com*
  HAMRICK & EVANS LLP
3 7670 W. Lake Mead Blvd., Ste. 140
  Las Vegas, Nevada 89128
4 +1.702.425.5100 (ph)
  +1.818.763.2308 (fax)
5 *Attorney for Plaintiff*

6              UNITED STATES DISTRICT COURT

7                 DISTRICT OF NEVADA

8                                    )
  ME2 PRODUCTIONS, INC., a Nevada    )  Case Nos.:  2:17-cv-00114-JCM-NJK;
9 corporation,                       )              2:17-cv-00121-JCM-NJK;
                                     )              2:17-cv-00122-JCM-NJK;
10                                   )              2:17-cv-00123-JCM-NJK;
              Plaintiff,             )              2:17-cv-00124-JCM-NJK;
11 vs.                               )              2:17-cv-00126-JCM-NJK;
                                     )              2:17-cv-00665-JCM-NJK;
12 JOHN AND JANE DOES et al.         )              2:17-cv-00666-JCM-NJK;
                                     )              2:17-cv-00676-JCM-NJK;
13            Defendants             )              2:17-cv-00722-JCM-NJK;
                                     )              2:17-cv-00723-JCM-NJK; and
14                                   )              2:17-cv-00724-JCM-NJK;
                                     )
15 _____)

16                 CERTIFICATE OF SERVICE

17      I, the undersigned employee of HAMRICK & EVANS, hereby certify that I

18 served a true correct copies of all orders issued by this Court in the above-

19 referenced cases on Wednesday May, 10, 2017 upon the following Internet Service

20 Providers in the following manner on the following dates and times:

21    1. To CHARTER COMMUNICATIONS by transmitting via electronic mail a copy
         thereof to Toi Pulliam in their legal department at the email address
22       toi.pulliam@charter.com at approximately 3:30 pm on Thursday, May 11,
23       2017.

24    2. To COX COMMUNICATIONS by transmitting via electronic mail a copy thereof
         to Jacqueline Murray, a subpoena specialist in their legal department at the
25       email address Jacqueline.murray@cox.net at approximately 3:30 pm on
26       Thursday, May 11, 2017.

27

28

HAMRICK & EVANS LLP

3.   To CENTURYLINK COMMUNICATIONS by placing physical copies of the subject orders in an envelope and mailing said envelope on May 11, 2017, via the United States Mail, first class postage prepaid, to the registered agent address of CenturyLink Communications, located at 702 S. Carson Street, Ste. 200, Carson City, Nevada 89701.

Dated May 11, 2017.

/s/ Charles C. Rainey
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723

HAMRICK & EVANS LLP